# United States Court of Appeals
## For the First Circuit

No. 26-1236

ANY LUCIA LOPEZ BELLOZA,

Petitioner - Appellant,

v.

PATRICIA H. HYDE, Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; PAMELA J. BONDI, U.S. Attorney General; DONALD J. TRUMP, President of the U.S.,

Respondents - Appellees.

### ORDER OF COURT

Entered: April 24, 2026

The "Unopposed Motion of Non-Party John A. Hawkinson to Remove Docket Access Restrictions" is resolved as follows.

John A. Hawkinson shall have remote access in the above-captioned appeal to: (a) the docket maintained by the court, see Fed. R. Civ. P. 5.2(c)(2)(A); Fed. R. App. P. 25(a)(5); (b) any opinion, order, judgment, or other disposition of the court, see Fed. R. Civ. P. 5.2(c)(2)(B); and (c) any other part of the public, electronically available case file.

To the extent Hawkinson seeks relief extending beyond the foregoing, including any request for access by individuals or entities other than Hawkinson himself, the motion is denied, without prejudice to the filing of an individualized request for access by any other individual or entity. See Fed. R. Civ. P. 5.2(c) Advisory Committee Notes (immigration cases "entitled to special treatment due to the prevalence of sensitive information and the volume of filings").

In preparing their filings, the parties are directed to the redaction procedures set forth in Fed. R. App. P. 25(a)(5) (Privacy Protection), Local Rule 25.0(m) (Privacy Protections and Public Access), and Fed. R. Civ. P. 5.2(a) (Redacted Filings).

The parties should take note that:

> [t]he responsibility for redacting . . . personal identifiers rests solely with counsel and the parties. The clerk will not review any document for compliance with this rule. Filers are advised that it is the

experience of this court that failure to comply with redaction requirements is most apt to occur in attachments, addenda, or appendices, and, thus, special attention should be given to such documents.

Local Rule 25.0(m).

If the parties believe certain information in a filing should not be part of the public record, they should consult the procedures set forth in Local Rule 11.0(c)(2)-(3), file a motion to seal, and consider the option of providing a separate supplemental filing with the sealed material.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sara Miron Bloom
Todd C. Pomerleau
Aaron E. Nathan
Lee S. Wolosky
Erica Ross
Donald Campbell Lockhart
Abraham R. George
Mark Sauter
Rayford A. Farquhar
Adriana Lafaille
Jessie J. Rossman
Julian Bava
John A. Hawkinson